EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00218 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 922(g)(1), |
| | ) | 922(g)(3), 924(a)(2); |
| GEORGE J.L. PARIS,   (01) | ) | 21 U.S.C. § 844] |
| FRANK BOYD,          (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>INDICTMENT</u>

The Grand Jury charges that:

<u>COUNT 1</u>

On or about May 15, 2005, in the District of Hawaii, defendant GEORGE J.L. PARIS, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce, a firearm, to wit, a Colt "Combat Commander" .45 semi-automatic handgun, serial number 316461-C and a Winchester Model 1300 Defender 12 gauge shotgun, serial number L293084.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

On or about May 15, 2005, in the District of Hawaii, defendant FRANK BOYD, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Sections 801 and 802, did knowingly possess in and affecting commerce a firearm, to wit, a Colt "Combat Commander" .45 semi-automatic handgun, serial number 316461-C and a Winchester Model 1300 Defender 12 gauge shotgun, serial number L293084.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 3

The Grand Jury further charges that:

On or about May 15, 2005, in the District of Hawaii, FRANK BOYD, as an aider and abettor, did knowingly and intentionally possess methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844 and Title 18, United States Code Section 2.

DATED: _____June_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE NAKAKUNI
Chief, Drug/Organized Crime Section

_____
THOMAS J. BRADY
Assistant U.S. Attorney




United States vs. George J.L. Paris, et al.
"Indictment"
Cr. No.