# THERE'S ONLY ONE WORLD OF CONCRETE.

## Register now at www.worldofconcrete.com

and SAVE on Seminar and Exhibits-Only fees.
(For maximum savings when registering online, use the Source Code on this page.)

COMPLETE SEMINAR AND EVENT INFORMATION INSIDE

**JANUARY 22-25, 2008**
**SEMINARS: JANUARY 21-25**
Las Vegas Convention Center
Las Vegas, Nevada
www.worldofconcrete.com

**WORLD OF CONCRETE**
WORLD OF MASONRY | TECHNOLOGY FOR CONSTRUCTION
hanley▲wood

World of Concrete
P.O. Box 612128
Dallas, TX USA 75261-2128

Use this Source Code when registering online:

PRSRT STD
U.S. Postage
PAID
FORT WORTH, TX
PERMIT NO. 711

*******AUTO**3-DIGIT 967
CLYDE EUGENIO
IRON WORKERS LOCAL 625
94-497 UKEE ST
WAIPAHU HI 96797-4243

## EXHIBIT AND SEMINAR HOURS:

### EXHIBITS:

| | |
|---|---|
| Tues, Jan 22 - Thurs, Jan 24 | 9:30 am* – 5:00 pm |
| Fri, Jan 25 | 9:30 am* – 1:00 pm |

*South Hall, Level 2 opens at 9 am, Tues - Fri

### SEMINARS:

**3-HOUR SEMINARS:**

| | |
|---|---|
| Mon, Jan 21 | 8:00 am–11:00 am |
| | 1:00 pm – 4:00 pm |
| Tues, Jan 22 & Fri, Jan 25 | 8:00 am–11:00 am |