PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 1220
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
DAN C. OYASATO, #4834
DEAN C.M. HOE, #7771
Attorneys for Defendant
GEORGE J.L. PARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO: 05-218 (01) HG |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF WITHDRAWAL OF MOTION FOR MODIFICATION OF STANDARD CONDITION OF SUPERVISION NO. 1 AND SPECIAL CONDITION OF SUPERVISION NO. 4; CERTIFICATE OF SERVICE** |
| GEORGE J.L. PARIS, ) | |
| Defendant. ) | |

NOTICE OF WITHDRAWAL OF
MOTION FOR MODIFICATION OF STANDARD
CONDITION OF SUPERVISION NO. 1
AND SPECIAL CONDITION OF SUPERVISION NO. 4

COMES NOW, VICTOR J. BAKKE, , hereby withdraws the

document of Motion for Modification of Standard Condition of

Supervision No. 1 and Special Condition of Supervision No. 4 in the above-captioned case.

DATED:   Honolulu, Hawaii, JAN 3 0 2008            .

/s/ Victor J. Bakke
PAUL J. CUNNEY
VICTOR J. BAKKE
DAN C. OYASATO
DEAN C.M. HOE
Attorneys for Defendant
GEORGE J.L. PARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 05-218 (01) HG |
| ) | |
| vs. ) | |
| ) | |
| GEORGE J.L. PARIS, ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I, VICTOR J. BAKKE, do hereby certify that a true and correct copy of the foregoing document shall be hand delivered or mailed via U. S. Postal Service to the following:

Thomas Brady
Assistant U.S. Attorney
Room 6-100, U.S. Courthouse
300 Ala Moana Blvd; Box 50183
Honolulu, Hawaii 96850


Carter Lee
U.S. Probation Office
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

3

DATED: Honolulu, Hawaii, __JAN 3 0 2008__.

*/s/ Victor J. Bakke*
PAUL J. CUNNEY
VICTOR J. BAKKE
DAN C. OYASATO
DEAN C.M. HOE
Attorneys for Defendant,
GEORGE J.L. PARIS

4